**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

    Ashley Marie Ingram                            Bankruptcy Proceeding No. 10–83671–TLS
                                                                 Chapter 13

    Debtor(s)

## DISMISSAL – NON–PAYMENT OF FEES

    The court finds that this case should be and is hereby dismissed without prejudice for failure to pay the filing fee when due.

    The debtor is in violation of the order regarding payment of the filing fee in installments. The dismissal of this case does not relieve the debtor of the obligation to pay the full amount of the filing fee.

    The filing fee in the amount of $ 274.00 remains due and owing. Failure to pay the fee may result in notification of the U. S. Attorney's office for further collection action.

    Notice of this dismissal shall be mailed by the Clerk of the Bankruptcy Court to the creditors appearing on the list of creditors and to those who have filed claims.

    IT IS SO ORDERED.

    Dated: May 17, 2011

                                                     BY THE COURT:

                                                     s/ Thomas L. Saladino
                                                     Chief Judge

Copies mailed to all creditors and parties in interest.